B8 (Form 8) (12/08)

# United States Bankruptcy Court
## District of Colorado

In re **Montgomery Lyn Patton**  
Debtor(s)

Case No.  
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Pikes Peak Credit Union** | **Describe Property Securing Debt:**<br>**2007 Cadillac Escalade ESV**<br>**170k miles, fair condition, purchased in 2007**<br>**Market value per kbb.com** |

Property will be (check one):  
☐ Surrendered   ■ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
■ Other. Explain  **Retain & Pay**  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt   ☐ Not claimed as exempt

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Security Service Federal Credit Union** | **Describe Property Securing Debt:**<br>**2005 Chevy 2500**<br>**210k miles, fair condition, purchased in 2005**<br>**Market value per kbb.com** |

Property will be (check one):  
■ Surrendered   ☐ Retained

If retaining the property, I intend to (check at least one):  
☐ Redeem the property  
☐ Reaffirm the debt  
☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):  
■ Claimed as Exempt   ☐ Not claimed as exempt

B8 (Form 8) (12/08)                                    Page 2

| Property No. 3 | |
|---|---|
| **Creditor's Name:**<br>**Security Service Federal Credit Union** | **Describe Property Securing Debt:**<br>**2002 Ford Excursion**<br>**260k miles, poor condition, purchased in 2005**<br>**Market value per kbb.com** |

Property will be (check one):
    ■ Surrendered                                       ☐ Retained

If retaining the property, I intend to (check at least one):
    ☐ Redeem the property
    ☐ Reaffirm the debt
    ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
    ■ Claimed as Exempt                            ☐ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **August 18, 2015**           Signature   **/s/ Montgomery Lyn Patton**
                                                                                    **Montgomery Lyn Patton**
                                                                                    Debtor